UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : Crim. No: 1:20-cr-159

v. : (J. Conner)

JARED BISHOP HEISEY :
Defendant :

FILED
HARRISBURG, PA
JUL 0 1 2020
PER _____ DEPUTY CLERK

## INDICTMENT

THE GRAND JURY CHARGES:

### Count 1

**18 U.S.C. § 2244 (b)–**
**Abusive Sexual Contact without Consent**

On or about July 2, 2019, in the Middle District of Pennsylvania, and while in the special maritime and territorial jurisdiction of the United States, that is, the Distribution Defense Logistics Agency, Mechanicsburg, Pennsylvania, the defendant,

**JARED BISHOP HEISEY,**

did, with the intent to abuse, harass, humiliate, and degrade another person and to arouse and gratify the sexual desire of any person, knowingly and intentionally engage in sexual contact with another person without her permission; specifically, Jared Bishop Heisey

1

touched another person's inner thigh while making graphic sexual comments during an employee review.

In violation of Title 18 United States Code, Section 2244 (b).

THE GRAND JURY FURTHER CHARGES:

## Count 2

## 18 U.S.C. § 111 (a)(1)–
## Assaulting Certain Employees

In or about August 2019, in the Middle District of Pennsylvania, and while in the special maritime and territorial jurisdiction of the United States, that is, the Distribution Defense Logistics Agency, Mechanicsburg, Pennsylvania, the defendant,

JARED BISHOP HEISEY,

did forcibly assault and intimidate another person, an employee of the United States Government, a person designated in 18 U.S.C. § 1114, while engaged in the performance of her official duties; specifically, Jared Bishop Heisey pinned another person up against a wall by grabbing her neck with his hand while making sexual comments.

In violation of Title 18 United States Code, Section 111 (a)(1).

THE GRAND JURY FURTHER CHARGES:

### Count 3

### 18 U.S.C. § 2244 (b)–
### Abusive Sexual Contact without Consent

In or about November 2019, in the Middle District of Pennsylvania, and while in the special maritime and territorial jurisdiction of the United States, that is, the Distribution Defense Logistics Agency, Mechanicsburg, Pennsylvania, the defendant,

JARED BISHOP HEISEY,

did, with an intent to abuse, harass, humiliate, and degrade another person and to arouse and gratify the sexual desire of any person, knowingly and intentionally engage in sexual contact with another person without her permission; specifically, Jared Bishop Heisey grabbed another person's inner thigh while making inappropriate sexual comments while she was trapped inside of a forklift.

In violation of Title 18 United States Code, Section 2244 (b).

DAVID J. FREED
UNITED STATES ATTORNEY

*Jaime M. Keating*
By: Jaime M. Keating
Assistant United States Attorney

A TRUE BILL:

███████████
Grand Jury Foreperson

7/1/20
Date