# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:20-CR-159** |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JARED BISHOP HEISEY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 19th day of February, 2021, upon consideration of the government's motion (Doc. 16) *in limine* to admit evidence of prior bad acts of the defendant, and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 16) is DENIED without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania